UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANLISA SHELLEY-BELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:05CV1262 RWS |
| SBC OPERATIONS, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED that** Plaintiff's motion to amend her complaint [#30] is **GRANTED**.

**IT IS FURTHER ORDERED that** the parties' consent motion for entry of a protective order [#28] is **GRANTED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23th day of January, 2006.