EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

So Ordered

[Judge signature]
5/30/06

JANLISA SHELLEY-BELL, )
 )
 Plaintiff )
 )
v. ) Cause No. 4:05CV01262 RWS
 )
SBC OPERATIONS, INC., )
 )
 Defendant. )

## STIPULATION FOR DISMISSAL

It is hereby stipulated, by and between plaintiff Janlisa Shelley-Bell and defendant AT&T Operations, Inc. that plaintiff Janlisa Shelley-Bell's cause of action shall be dismissed with prejudice. Each party is to bear their own attorney's fees and costs.

Respectfully submitted,

By /s/ James Robinson
James Robinson
P.O. Box 372051
St. Louis, Missouri 63137
(314)533-4357
(314)653-1421 (fax)

*Attorney for Plaintiff Janlisa Shelley-Bell*

By /s/ Mimi MacDonald
Mimi B. MacDonald
One AT&T Center, Room 3548
St. Louis, Missouri 63101
(314)235-4094
(314)247-0881 fax

*Attorney for Defendant SBC Operations, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2006, the foregoing was filed electronically and served via U.S. Mail, postage prepaid to the following party:

James Robinson
P.O. Box 372051
St. Louis, Missouri 63137

　　　　　　　　　　　　　　　　　　*/s/ Mimi B. MacDonald*